**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenly Farms, Inc., | No. CV 07-202-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Glenn Walters Nursery, Inc., | |
| Defendant. | |

Pending before the Court is a Stipulation for Temporary Stay and for Withdrawal of Pending Motion (Doc. 14). Good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation for Temporary Stay and Withdrawal of Pending Motion (Doc. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **STAYED** pending the outcome of the May 31, 2007 settlement conference, at which time the partes shall advise the Court as to the outcome of that settlement conference.

**IT IS FURTHER ORDERED** that the Defendant's pending "*Motion to Stay or, in the Alternative, for Extension of Time to Answer or Otherwise Respond to Complaint*"(Doc. 10) is hereby **WITHDRAWN** without prejudice.

DATED this 16th day of April, 2007.

Stephen M. McNamee
United States District Judge