**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kenly Farms, Inc., | ) | No. CV 07-202-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Glenn Walters Nursery, Inc., | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 16]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. 16] is **GRANTED**, and this matter is **dismissed with prejudice**, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 8th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge